| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| STARK & STARK, P.C.<br>**BARI J. GAMBACORTA, ESQUIRE**<br>P.O. Box 5315, 993 Lenox Drive, Bldg. 2<br>Princeton, New Jersey 08543-5315<br>Telephone: (609) 896-9060<br>Attorneys For Wells Fargo Financial New Jersey, Inc. |
| In Re:<br><br>GEORGE C. LECRONE<br>ELAINE L. LECRONE<br><br>                                                Debtor(s). |

Order Filed on 9/7/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.        09-30897

Adv. No.

Hearing Date:   July 20, 2010 at 9:00 a.m.

Judge: RAYMOND T. LYONS

### CONSENT ORDER DENYING RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY COMMONLY KNOWN AS <u>2618 NOTTINGHAM WAY, MERCERVILLE, NEW JERSEY 08619</u>

The relief set forth on the following pages, numbered two (2) through 3 is hereby **ORDERED**:

**DATED: 9/7/2010**

_____
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

LeCrone (10-101) Consent Order

**(Page 2)**

Debtor: GEORGE & ELAINE LECRONE

Case No.: 09-30897-RTL

Caption of Order: **Consent Order Denying Relief From The Automatic Stay As To Real Property Commonly Known As 2618 Nottingham Way, Mercerville, NJ 08619**

---

Upon the motion of Wells Fargo Financial New Jersey, Inc. ("movant") by its attorneys, STARK & STARK, P.C., for relief from the automatic stay for failure to make payments outside the plan, and movant having filed a Brief and a Certification in Support of its motion, and, the parties identified below having consented, and good cause appearing therefore, it is hereby

**ORDERED** as follows:

1. Relief from the Automatic Stay be and is hereby denied;

2. The mortgage account is presently due for the following post-petition payments: Partial payment past due from March 14, 2010 in the amount of $815.87, April 14, 2010 and May 14, 2010 in the amount of $2,099.63 each, and June 14, 2010 and July 14, 2010 in the amount of $1,482.76 each, for a total of post-petition arrears in the sum of $7,980.65;

3. The debtors will cure the arrears balance over a twelve (12) month period;

4. The debtors have submitted a payment in the amount of $199.00 (5/28/10) and a payment in the amount of $1,482.76 (7/14/10) leaving an arrears balance in the sum of $6,298.89 as of July 27, 2010;

LeCrone (10-101) Consent Order

(Page 3)

Debtor:   GEORGE & ELAINE LECRONE

Case No.:   09-30897-RTL

Caption of Order:   **Consent Order Denying Relief From The Automatic Stay As To Real Property Commonly Known As 2618 Nottingham Way, Mercerville, NJ 08619**

5. The debtors shall commence making an arrears payment of $524.91 in addition to their regular monthly mortgage payment each month commencing August 14, 2010 through and including the payment due July 14, 2011;

6. The debtors shall commence making their regular monthly mortgage payment of $1,482.76 on August 14, 2010 and on the 14th day of each month thereafter until said loan has been deemed satisfied;

7. The debtors' Chapter 13 Plan shall be modified to pay $500.00 to movant for attorney's fees and costs for this Motion;

8. In the event the debtors fail to make any payment provided in the above paragraphs with thirty (30) days of any payment being due, movant shall be entitled to Relief from the Automatic Stay upon filing a Certificate of Default and Order Granting Relief from the Automatic Stay with five days notice to debtor's attorney with this Court.

(Page 4)

Debtor:       GEORGE & ELAINE LECRONE

Case No.:     09-30897-RTL

Caption of Order:  **Consent Order Denying Relief From The Automatic Stay As To Real Property Commonly Known As 2618 Nottingham Way, Mercerville, NJ 08619**

We hereby consent to the
entry and form of the above
Consent Order.

/s/ *Lee M. Perlman*
Lee M. Perlman, Esquire
        Attorney for Debtor(s)

/s/ *Albert Russo*
Albert Russo, Chapter 13 Trustee

STARK & STARK, P.C.
Attorneys for Wells Fargo Financial New Jersey, Inc.

By:   /s/ *Bari J. Gambacorta*
      Bari J. Gambacorta, Esquire

LeCrone (10-101) Consent Order

*Approved by Judge Raymond T. Lyons    September 07, 2010*